Naoma K. **LEEPER, doing business as Dixie Cotton Chopper, Appellant, v. GRAHAM–PAIGE SALES CORPORATION, Appellee.**

No. 12869.

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1949.

Hawkins Golden, Willis & Lewis and Irwin & Irwin, all of Dallas, Tex., for appellant.

Hassell & Hassell, Dallas Tex., and Simpson, Thacher & Bartlett, New York City, for appellee.

Before HUTCHESON, HOLMES and BORAH, Circuit Judges.

PER CURIAM.

On consideration of the motion filed by appellant through Hawkins Golden, Esq. and J. Hart Willis, Esq., Attorneys for said appellant to dismiss the appeal in the above numbered and entitled cause.

It is ordered by the Court that the appeal in said above numbered and entitled cause be, and the same is hereby, dismissed, at the cost of appellant.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BLUE RIDGE SHIRT MANUFACTURING COMPANY, Inc., and Fayetteville and Lincoln Chamber of Commerce, Respondents.**

No. 10837.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1949.

Robert N. Denham, Washington, D. C., Arnold Ordman, Washington, D. C., for petitioner.

Joseph Higgins, Deimer Lamb, and Lawson H. Myers, Fayetteville, Tenn., Roberts & Roberts, Nashville, Tenn., for respondents.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the petition of the National Labor Relations Board for enforcement of its order;

And no appearance having been made by the respondents at the hearing and no brief having been filed upon their behalf; and it appearing from the whole record in the case that there is substantial evidence to support the findings of fact of the National Labor Relations Board upon which its conclusions of law were drawn;

The petition of the National Labor Relations Board for enforcement of its order is granted, as prayed.